In the Matter of the Claim of PHILIP ADELSTEIN, Respondent, against CONSOLIDATED PLATE AND WINDOW GLASS COMPANY, Employer, and COLUMBIA CASUALTY COMPANY, Insurance Carrier, Appellant. STATE INDUSTRIAL BOARD, Respondent.—Award reversed and claim dismissed as to the carrier, which alone appeals, with costs against the State Industrial Board, on the ground that the policy did not cover executive officers of the employer. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of ICKUS BIALOBLOCKIS, Respondent, against ABRAHAM COHEN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, to take further testimony on the question of dependency. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of MARY A. CHRYSTAL, Respondent, against UNITED STATES TRUCKING CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.*— Award affirmed, with costs to the State Industrial Board, on the authority of Matter of State Treasurer v. Niagara Falls Power Co. (241 N. Y. 521). Van Kirk, P. J., Hinman, Davis and Hasbrouck, JJ., concur; Whitmyer, J., dissents on the ground that the situation existing at the time of death controls.

In the Matter of the Claim of JENNIE E. COX, Respondent, against PERRY KNITTING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of KASMIERZ DANEK, Respondent, against JACOB DOLD PACKING COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the claimant against the appellant. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of NUNZIATO DI DONATO, Respondent, against MORRIS ROSENBERG and Others, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of CHARLES H. FROBERG, Respondent, against THE JOURNAL OF COMMERCE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed, on the ground that there is no proof of total disability, and claim remitted, with costs against the State Industrial Board to abide the event, to determine the earning capacity during the period of the award. Van Kirk, P. J., Hinman and Davis, JJ., concur; Hill and Hasbrouck, JJ., dissent.

In the Matter of the Claim of GUISEPPE FODERARO, Respondent, against BRITTING & STANZ and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

* Affd., 250 N. Y. 566.